UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROBERT RADOVICH,

                                        -      Plaintiff,

  -against-

LIVE NATION WORLDWIDE, INC.,                      Civil Case No.:
LIVE NATION SARATOGA CONCERTS, LLC, and   1:20-CV-1318 (FJS) (CFH)
LIVE NATION ENTERTAINMENT, INC.,

                                        -      Defendants.
-------------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ROBERT RADOVICH ("Plaintiff"), by and through his undersigned counsel, GIRVIN & FERLAZZO, PC, and defendants LIVE NATION WORLDWIDE, INC., LIVE NATION SARATOGA CONCERTS, LLC, and LIVE NATION ENTERTAINMENT, INC., ("Defendants,"), by and through their undersigned counsel, CUMMINGS & PAGE, LLP, hereby stipulate and agree that in accordance with FRCP 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal of the above-captioned action, in its entirety, with prejudice, including all legal and factual claims asserted, or legal claims which could have been asserted between the parties in the above captioned matter, with no award of attorney's fees, costs, and/or disbursements to any party.

The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties, their respective successors, assignees, all creditors, and parties of interest.

This Stipulation may be filed without further notice with the Clerk of the Court. This Stipulation may be signed in counterparts, and each when taken together shall be deemed one and the same instrument. For purposes of this Stipulation only, a copied or faxed signature shall be deemed an original.

Dated: ~~April~~ May 4, 2022
Briarcliff Manor, NY

_____
Daniel Rubin
GIRVIN & FERLAZZO, PC
Attorneys for plaintiff
ROBERT RADOVICH
20 Corporate Woods Blvd,
Albany New York 12211
(518) 462-0300
DSR@girvinlaw.com

_____
Kevin Page
CUMMINGS & PAGE, LLP
Attorneys for defendants
LIVE NATION WORLDWIDE, INC.,
LIVE NATION SARATOGA CONCERTS, LLC, and
LIVE NATION ENTERTAINMENT, INC.,
16 Studio Hill Road
Briarcliff Manor, NY 10510
(914) 821-6400
Kevin@CandPlaw.com

Date: May 31, 2022              IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge